IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02000-LTB

STEVE APODACA,

    Petitioner,

v.

WARDEN TRAVIS TRANI, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 28, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

    DATED at Denver, Colorado, this 28 day of September, 2012.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/L. Gianelli
                                       Deputy Clerk